**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JIHAN JABERO,

    Petitioner,

v.                                      Civil Case No. 11-CV-11963
                                       Criminal Case No. 03-CR-81060

UNITED STATES OF AMERICA,

    Respondent.
                                        /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

On July 31, 2012, the court entered an order denying Petitioner Jihan Jabero's "Motion to Vacate Sentence under 28 U.S.C. 2255." Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: July 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 31, 2012, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522